# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHARON BOZEMAN                                                                           PLAINTIFF

v.                                          No. 4:05CV01512 JLH

UNILEVER BEST FOODS NORTH AMERICA                                           DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion entered separately today, judgment is hereby entered in favor of Unilever Best Foods North America. Sharon Bozeman's complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of January, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE